# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-01001-CV-ODS |
| | ) |
| UNITED STATES CURRENCY IN THE | ) |
| AMOUNT OF $7,670.80, | ) |
| | ) |
| UNITED STATES CURRENCY IN THE | ) |
| AMOUNT OF $7,567.14, | ) |
| | ) |
| UNITED STATES CURRENCY IN THE | ) |
| AMOUNT OF $41,200.00, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant properties, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any and all other claimants have been served by publication. The Record also reflects that Plaintiff filed a Motion for Default Judgment on February 5, 2013, with copies mailed to the known potential claimants. To date, no potential claimant has filed a timely claim to the defendant properties, and no potential claimant has responded to Plaintiff's Motion for Default Judgment.\

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED:

(1) that the Motion for Default Judgment (Doc. # 12) is granted, and a default judgment of forfeiture is hereby entered against the defendant properties;

(2) that all persons claiming any right, title or interest in or to the defendant properties are held in default;

(3) that all claims and interests in the defendant properties are forever foreclosed and barred;

(4) that the defendant properties are hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C);

(5) that the defendant properties shall be disposed of according to law.

(6) that the Clerk of the Court shall enter a judgment consistent with this order.

IT IS SO ORDERED.

DATE: March 4, 2013

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2